JOHN-PAUL MADDEN *
MATTHEW P. MADDEN
MICHAEL V. MADDEN *
TIMOTHY R. BIEG *
REGINA M. PHILIPPS *
JAMES R. BIRCHMEIER †
EDWARD N. ROMANIK
MARK W. STRASLE *
ROBIN J. GOTTILLA
DAVID E. MADDEN ◦

LAW OFFICES
# MADDEN & MADDEN
A PROFESSIONAL CORPORATION

_____

**WWW.MADDENMADDEN.COM**

JAMES J. MADDEN
•MICHAEL P. MADDEN
OF COUNSEL

• RULE 1:40 QUALIFIED MEDIATOR
† CERTIFIED BY THE SUPREME COURT
OF NJ AS A CIVIL TRIAL ATTORNEY
* MEMBER OF NJ AND PA BAR
◦ MEMBER OF NJ AND NY BAR

Our File No. 14,114J                December 3, 2025                e-filed

Honorable Christine P. O'Hearn, U.S.D.J.
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**Re:    Denise Foley v. City of North Wildwood**
**Case No. 1:22-cv-03758 (CPO/MJS)**

Dear Judge O'Hearn:

Pursuant to Your Honor's instructions, please allow this letter to serve as a status update concerning the companion matter pending in Superior Court of New Jersey, Chancery Division.

Attached for Your Honor's review is a copy of Judge Christopher Gibson's Opinion and Order granting summary judgment as to the vast majority of the plaintiffs' claims. It is the position of the defendant that Judge Gibson's Decision is dispositive with respect to the issues contained in the Summary Judgment Motion filed on behalf of the defendant, City of North Wildwood.

If Your Honor requires any additional information, please do not hesitate to contact me.

Respectfully submitted,
**MADDEN & MADDEN**

*James R. Birchmeier*
JAMES R. BIRCHMEIER

JRB/amt
jbirchmeier@maddenmadden.com
Enclosure
cc w/encl.:    Anthony J. Brady, Jr., Esquire

_____
**HADDONFIELD OFFICE**
108 KINGS HIGHWAY EAST, SUITE 200, P. O. BOX 210
HADDONFIELD, NJ 08033
PHONE 856-428-9520 | FAX 856-428-7335

**\*TUCKAHOE OFFICE**
1891 STATE HIGHWAY 50, P. O. BOX 582
TUCKAHOE, NEW JERSEY 08250
PHONE 609-628-3414 | FAX 609-628-2966
**\*PLEASE REPLY TO TUCKAHOE OFFICE**